UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:15-cv-01343-JO |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT REVOKING NATURALIZATION** |
| **MOHAMED SHEIKH ABDIRAHMAN KARIYE,** | |
| Defendant. | |

The Court having considered the Amended Complaint filed by the United States of America ("United States") against Mohamed Sheikh Abdirahman Kariye ("Defendant") and having jurisdiction over this matter pursuant to 8 U.S.C. § 1451(a), 28 U.S.C. §§ 1331 and 1345; Defendant having been advised by counsel; the parties having entered into a Settlement Agreement; Defendant, having read and understood the Amended Complaint and Settlement Agreement, having discussed the same with his counsel, and having consented to an order revoking his naturalization pursuant to Count V of the Amended Complaint; and the parties having filed a Joint Motion for Consent Judgment in accordance with the express terms of the Settlement Agreement;

THEREFORE, pursuant to the Settlement Agreement and 8 U.S.C. § 1451(a), it is hereby ORDERED, ADJUDGED, and DECREED:

(1) The Joint Motion for Consent Judgment is GRANTED;

(2) The August 14, 1998 order of naturalization admitting Defendant to United States citizenship is REVOKED and SET ASIDE;

(3) Certificate of Naturalization No. 24307995 issued to Defendant is CANCELED, effective as of the original date of the certificate, August 14, 1998;

(4) Defendant is forever RESTRAINED and ENJOINED from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of his August 14, 1998 naturalization;

(5) Defendant having surrendered his Certificate of Naturalization No. 24307995 to the Court on January 15, 2019, counsel of record for the United States shall take possession of Defendant's Certificate of Naturalization No. 24307995 within ten days of this Order.

(6) Defendant, no later than five days after his arrival in Somaliland, shall complete and sign a Form I-407, Record of Abandonment of Lawful Permanent Resident Status, and shall forward this Form I-407 and his United States passport from Somaliland by DHL Express to the address of record in this matter for counsel for the United States, Christopher W. Hollis.

(7) Counsel for the Parties, by no later than May 28, 2019, shall appear for a compliance hearing at which Defendant must demonstrate that he has complied with this Judgment, unless the United States provides notice that Defendant has fully complied and this Judgment is satisfied, in which case such hearing will be canceled.

IT IS SO ORDERED.

DATED at Portland, Oregon, this ___6th___ day of May, 2019.

BY THE COURT:

_____
ROBERT E. JONES
Senior United States District Judge